No. 61395.—Devotional Art Co. and Lansen Naeve Corp. et al. *v.* United States, protests 274085–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of figures or figurines similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable as follows: (a) As to the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, at 20 percent under paragraph 1547 (a); and (b) as to items entered, or withdrawn from warehouse, for consumption subsequent to May 28, 1950, at 10 percent under said paragraph 1547 (a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).

No. 61396.—Bloomingdale Bros. (A Div. of Fed. Dept. Stores, Inc.) et al. *v.* United States, protests 288278–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of figures the same in all material respects as those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 20 percent under paragraph 1547 (a); and (2) the items marked with the letter "B" at 10 percent under said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).

No. 61397.—Seiden's *v.* United States, protest 299239–K (New York).

Opinion by Johnson, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 61398.—J. W. Hampton, Jr., & Co., Inc. *v.* United States, protest 299293–K (New York).

Opinion by Johnson, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.